JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 10/26/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SERVICE -- Plaintiffs, Florida West Theatres, Inc., et al. (emh) |
| 10/26/78 | | SUGGESTED TRANSFEREE DISTRICT: <br> SUGGESTED TRANSFEREE JUDGE:                          (emh) |
| 11/3/78 | | EXTENSION OF TIME -- Granted to ABC Southeastern Theatres, ABC Interstate Theatres, Inc. and Joe Jackson, to and including 11/16/78    (emh) |
| 11/6/78 | | REQUEST FOR EXTENSION OF TIME -- Universal Amusement Co. & Entertainment Projects Inc. -- GRANTED TO ALL PARTIES to and including 12/4/78  (emh) |
| 11/8/78 | | APPEARANCES -- H. Kenneth Kudon, Esq. for Florida West Theatres, Inc., et al. <br> Edwin Tobolowsky, Esq. for Tercar Theatre Co., Harkins Amusement Enterprises and FLW Theatre Co. <br> Marian S. Rosen, Esq. for Universal Amusement Co., Inc <br> Stanley E. Sacks, Esq. for Balmoral Cinema and Wilder Enterprises <br> David H. Flint, Esq. for Southway Theatres, Inc. <br> Lawrence G. Papale, Esq. for Syufy Enterprises <br> Bruce L. Heller, Esq. for Allied Artists Pictures Corp <br> Alan K. Benjamin, Esq. for American Multi-Cinema, Inc. <br> Lewis T. Booker, Esq. for American Intl. Pictures, Inc. <br> Rufus Wallingford, Esq. for ABC Interstate Theatres <br> Robert A. Holtzman, Esq. for Avco Embassy Pictures Cor <br> A. Vernon Carnahan, Esq. for Buena Vista Distr. Co., Inc. and Charles E. Good <br> Peter Fleming, Esq. for Columbia Pictures... <br> ... <br> Richard B. Spindle, III, Esq. for General Cinema Corp. of Virginia <br> Robert J. Kenney, Jr., Esquire for General Cinema Corp and General Cinema Corp. of Tennessee <br> Jess D. Ewing, Esq. for Ruben J. Lester <br> Stephen D. Sussman, Esq. for Loews Corp. and Rein Rabakukk <br> John McQuiston, II, Esq. for Malco Theaters, Inc. <br> James P. Walsh, Esq. for Plitt Intermountain Theatres <br> Kevin E. Grady, Esq. for Scorey Theatres, Inc. <br> Herbert C. Earnshaw, Esq. for Twentieth Century Fox <br> Harry B. Swerdlow, Esq. for Mann Theatres Corp. of of California, Harry Nace Co., General Cinema of Arizona and Siegel Brothers Theatres <br><br> Geo. Garrison Potts, Esq. for United Artists Theatre Circuit, Inc. <br> Robert R. Salman, Esq. for United Artist Corp and Metro Goldyn Mayer, Inc. |

JPML FORM 1A - Continuation

DOCKET NO. 366 -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| | | James J. Hagan, Esq. for Universal Film Ex. and Paramount Pictures Corp. Laurence Greenwald, Esq. for Warner Brothers Distributing Co.                    (rew) |
| 11/8/78 | | REQUEST FOR EXTENSION OF TIME -- American Multi-Cinema,- GRANTED TO ALL PARTIES to and including 12/4/78 (emh) |
| 11/8/78 | | REQUEST FOR EXTENSION OF TIME -- Siegel Brothers Theatres, Mann Theatres, General Cinema Corp. General Cinema Corp. of Arizona, Inc., The Harry Nace Co. -- GRANTED TO ALL PARTIES to and including 12/4/78 (emh) |
| 11/8/78 | | REQUEST FOR EXTENSION OF TIME -- FLW Theatre Co., Harkins Amusement Enterprises, Inc., Tercar Theatre Co. -- GRANTED TO ALL PARTIES to and including 12/4/78 (emh) |
| 11/13/78 | | APPEARANCE -- Joseph Sarfaty for Ceneworld Corp. and Oracle View Corp.    (emh) |
| 11/13/78 | 2 | RESPONSE/MEMORANDUM -- Defendant General Cinema Corp. of Virginia -- w/cert. of svc.  (emh) |
| 11/14/78 | | NOTICE OF APPEARANCE -- Lawrence G. Papale for Syufy Enter- prises    (emh) |
| 11/17/78 | 3 | RESPONSE/MEMORANDUM -- ABC Interstate Theatres, Inc., ABC Southeastern Theatres, Inc. and Joe Jackson -- w/cert. of svc.       (emh) |
| 11/27/78 | | REQUEST FOR EXTENSION OF TIME -- H. Kenneth Kudon (Florida West Theatres, Inc., et al.) -- GRANTED to and including 12/22/78 (emh) |
| 11/28/78 | | NOTICE OF APPEARANCE -- L. Trammell Newton for Georgia Theatre Company    (emh) |
| 11/29/78 | | REQUEST FOR EXTENSION OF TIME -- Columbia Pictures Industries, Inc. -- Granted to & including 12/8/78 (emh) |
| 12/1/78 | 4 | RESPONSE -- General Cinema Corp. and General Cinema Corp. of Tennessee -- w/Exhibit and cert. of svc.  (emh) |
| 12/1/78 | 5 | RESPONSE/MEMORANDUM -- Defendant American Multi-Cinema,Inc. -- w/cert. of svc.  (emh) |

JPML FORM 1A

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- In re Motion Picture Licensing Antitrust Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 12/1/78 | 6 | RESPONSE -- Southway Theatres, Inc. -- w/cert. of svc.(emh) |
| 12/1/78 | 7 | RESPONSE/AFFIDAVIT -- Plaintiffs Balmoral Cinema, Inc., Wilder Enterprises, Inc., Emory M. Robinson -- w/cert. of svc.   (emh) |
| 12/4/78 | 8 | RESPONSE/MEMORANDUM -- Avco Embassy Pictures Corp. -- w/cert. of svc.   (emh) |
| 12/4/78 | 9 | RESPONSE/AFFIDAVIT/MEMORANDUM -- Buena Vista Distribution Co.,Inc., & Charles E. Good -- w/Exhibits A thru D and w/cert. of svc.   (emh) |
| 12/4/78 | 10 | RESPONSE/MEMORANDUM -- Harry Nace Co., General Cinema of Arizona, Inc., General Cinema Corp., Mann Theatres Corp. of California & United Artists Theatre Circuit, Inc., -- w/cert. of svc. (xxxh) and Memo Siegel Bros Theatres (emh |
| 12/4/78 | 11 | RESPONSE/MEMORANDUM -- Plaintiffs FLW Theatre Company, Tercar Theatre Co. and Harkins Amusement Enterprises, Inc. -- w/Exhibits & cert. of svc.  (emh) |
| 12/4/78 | 12 | JOINT RESPONSE -- Reuben J. Lester -- w/cert. of svc. (emh) |
| 12/4/78 | 13 | RESPONSE -- Georgia Theatre Company -- w/cert. of svc.(emh) |
| 12/4/78 | 14 | RESPONSE/MEMORANDUM -- United Artists Theatre Circuit, Inc. -- w/cert. of svc.  (emh) |
| 12/4/78 | 15 | RESPONSE/MEMORANDUM -- Loews Corp. and Rein Rabakukk -- with cert. of service   (emh) |
| 12/5/78 | 16 | RESPONSE/BRIEF -- American International Pictures, Inc. -- w/cert. of svc.  (emh) |
| 12/5/78 | 17 | RESPONSE/MEMORANDUM -- Plitt Intermountain Theatres, Inc. -- w/cert. of svc.   (emh) |
| 12/5/78 | 18 | RESPONSE -- Universal Amusement Co., Inc. and Entertainment Projects, Inc. -- w/cert. of svc. (emh) |
| 12/5/78 | 19 | RESPONSE/MEMORANDUM -- Syufy Enterprises -- w/cert. of svc. (emh) |
| 12/6/78 | 20 | RESPONSE/MEMORANDUM -- Defendant General Cinema Corp. of Texas -- w/cert. of svc.   (emh) |
| 12/8/78 | 21 | RESPONSE/MEMORANDUM -- Allied Artists Pictures Corp., Columbia Pictures Industries Inc., Metro-Goldwyn-Mayer, Inc., Paramount Pictures Corp., Twentieth Century-Fox Corp., United Artists Corp., Universal Film Exchanges, Inc., Warner Brothers Distributing Corp. -- w/Exhibits A thru C and cert. of svc. (emh) |
| 12/8/78 | | LETTER RE: Pleading No. 2 from counsel for General Cinema Corp. of Virginia  (emh) |
| 12/8/78 | | HEARING ORDER -- setting A-1 thru A-11 for hearing to be held in Wash., D.C. on Jan. 19, 1979. (ea) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES --- p. 4

DOCKET NO. 366 -- <u>IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION</u>

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 12/11/78 | 22 | RESPONSE/MEMORANDUM -- Malco Theatres, Inc. -- w/cert. of service  (emh0 |
| 12/11/78 | 23 | REQUEST from movants Florida West Theatres, Inc., et al. to order defendants to notify the Clerk of the Panel of any additional actions -- w/cert. of svc. (emh) |
| 12/11/78 | | APPEARANCE -- Percy L. Kleinops for Family Enterprises, Inc. (emh) |
| 12/19/78 | | REQUEST FOR EXTENSION OF TIME -- H. Kenneth Kudon for ~~movants -- DENIED. -- (emh)~~ movants to 12/27/78 -- DENIED.  (emh) |
| 12/22/78 | 24 | RESPONSE -- Florida West Theatres, Inc., et al. -- w/Appendix A thru E and w/cert. of svc.  (emh) |
| 12/26/78 | 25 | RESPONSE -- General Cinema Corp. & General Cinema Corp. of Tennessee -- w/cert. of svc.  (emh) |
| 12/26/78 | 26 | RESPONSE/MEMORANDUM -- Buena Vista Distribution Co., Inc. & Charles E. Good -- w/cert. of svc.  (emh) |
| 12/28/78 | 27 | RESPONSE/MEMORANDUM -- Allied Artists Pictures Corp., et al., -- w/cert. of svc.  (emh) |
| 1/2/79 | 28 | RESPONSE -- Avco Embassy Pictures Corp. -- w/cert. of svc. (emh) |
| 1/4/79 | 29 | REPLY (to Pleading No. 23) -- Movants Florida West Theatres et al. -- w/ cert. of service  (cds) |
| 1/19/78 | | HEARING APPEARANCES for hearing in Washington, D.C. -- H. Kenneth Kudon for Movant Edwin Robolowsky for Tercar Theatre Co., et al. Peter Gruenberger for Allied Artists Pictures Corp. Norman G. Knopf for ABC Southeastern Theatres, Inc. Robert J. Kenney, Jr. for General Cinema Corp., et al. |
| 1/19/79 | | WAIVER OF ORAL ARGUMENT -- General Cinema Corp. of Virginia Georgia Theatre Co., Twentieth Century-Fox Film Corp., Malco Theatres, Inc., Buena Vista Distribution Co., Inc., Charles Good, Avco Embassy Pictures Corp., American Multi-Cinema, Inc., Plitt Intermountain Theatres, Inc., Universal Amusement Co., Inc., Entertainment Projects American International Pictures, Inc., General Cinema Corp. of Texas, and Louis T. Weis, D/B/A Park Theatre, and John T. Gannon (emh) |
| 1/22/79 | | WAIVER OF ORAL ARGUMENT -- Family Enterprises, Inc. (emh) |

5

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 4/3/79 | | OPINION AND ORDER -- transferring A-1 thru A-6, A-8 and A-10 to the S.D. Texas pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings. Order also DENIED transfer of A-9 and A-11 pursuant to 28 U.S.C. §1407. Honorable Roy W. Harper dissents from dissents from this opinion. (emh) |
| 4/18/79 | 30 | LETTER REGARDING EXTENSION OF TIME TO FILE MOTION TO RECON- SIDER -- Eight distributor defendants (cds) |
| 4/18/79 | 31 | LETTER/REPLY TO PLEADING #30 -- Movant (cds) |
| 4/18/79 | 32 | LETTER/REPLY TO PLEADING #30 -- Plaintiffs Harkins Amuse- ment Co. and Tercar Theatre Co. (cds) |
| 4/25/79 | 33 | LETTER Notifying Panel of Additional Actions -- Buena Vista Distribution Co., Inc. -- w/cert. of serv. (cds) |
| 4/25/79 | 34 | MOTION FOR RECONSIDERATION -- Eight Distributor Defendants, Allied Artists Pictures Corp., et al. -- w/cert. of serv. (cds) |
| 4/26/79 | 35 | MOTION FOR RECONSIDERATION -- Buena Vista Distribution Co., Inc., with cert. of svc. Supporting papers are pleading no. 9. (ea) |
| 4/27/79 | 36 | TELEGRAM/NOTICE REGARDING MOTION FOR RECONSIDERATION -- Plaintiff Holiday Theatres, Inc. (Pot. tag-along)(cds) |
| 4/27/79 | 37 | TELEGRAM/NOTICE REGARDING MOTION FOR RECONSIDERATION -- Defendant General Cinema Corp. (cds) |
| 4/30/79 | 38 | REQUEST FOR EXTENSION OF TIME -- United Artists Theatre Circuit -- GRANTED to May 18, 1979 -- Notified Counsel (rew) |
| 4/30/79 | | TELEGRAM -- LOWES THEATRES -- Re: Motion for Reconsideration (rew) |
| 4/30/79 | 40 | TELEGRAM -- United Artists Theatre Circuit -- Re: Motion Reconsideration (rew) |
| 4/30/79 | 41 | REQUEST FOR EXTENSION -- Mann Theatre Corp. of California Re: Motion for Reconsideration (rew) GRANTED TO May 18, 1979 (rew) |
| 4/30/79 | 42 | REQUEST FOR EXTENSION -- United Artist Theatre Circuit -- GRANTED to May 18, 1979 (rew) |
| 4/30/79 | 43 | REQUEST FOR EXTENSION Re: Motion for Reconsideration: Siegel Brothers Theatres -- GRANTED to May 18, 1979 |
| 4/30/79 | 44 | TELEGRAM -- General Cinema Corp. and General Cinema Corp. of Tennessee -- Re Motion for Reconsideration (rew) |
| 4/30/79 | 45 | TELEGRAM -- General Cinema Corp. of Texas -- Re: Motion for Reconsideration (rew) |

JPML FORM lA - Continuation                    DOCKET ENTRIES -- p. __6.__

⊕

DOCKET NO. **366** -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 5/2/79 | 46 | NOTIFICATION OF ADDITIONAL ACTION -- (B-12) Patriot Cinemas Inc. v. Universal Film Exchanges, Inc., et al.,D.Mass., C.A.No. 78-1453-T -- pltf. Patriot Cinemas w/cert. of svc. (ea) |
| 5/2/79 | 47 | LETTER re (B-12) Patriot action -- Lockwood Friedman Film Corp. w/enclosure. (ea) |
| 5/2/79 | 48 | LETTER re (B-12) Patriot action -- majority of Distributor defendants w/affidavit of John R. Hally. (ea) |
| 5/3/79 | 49 | EXTENSION OF TIME -- Tercar Theatre Co. -- GRANTED to and including May 18, 1979. (ea) |
| 5/3/79 | | CERTIFICATE OF SVC. for Pleadings No. 40, 41 and 43. (ea) |
| 5/7/79 | | CERTIFICATE OF SVC. for pleading no. 45. (ea) |
| 5/9/79 | 50 | LETTER--ABC Interstate Theatres, Inc., et al., dated 5/8/79 signed by Norman G. Knopf. (ea) |
| 5/10/79 | 51 | RESPONSE -- General Cinema Corp. and General Cinema Corp. of Tennessee w/cert. of svc. (ea) |
| 5/10/79 | 52 | LETTER--Florida West Theatres, Inc.,et al.,dated 5/8/79 signed by H.Kenneth Kudon, Esq. (ea) |
| 5/14/79 | | CERT. OF SERVICE FOR PLEADING NO. 49. (ea) |
| 5/15/79 | 53 | BRIEF, MOTION TO VACATE CTO, MOTION TO SEVER, NOTICE OF OPPOSITION, CERT. OF SVC. -- Patriot Cinemas, Inc. v. Universal Film Exchanges, Inc., et al., D.Mass.,C.A.No. 78-1453-T (case not presently before the Panel) -- filed by Deft. Lockwood Friedman Film Corp. (ea) |
| 5/16/79 | 54 | OPPOSITION TO MOTION FOR RECONSIDERATION--Universal Amuse-ment Co., Inc. and Entertainment Projects, Inc. w/cert. of svc. (ea) |
| 5/17/79 | 55 | JOINING PLTFS' OPPOSITION TO AND MOTION TO STRIKE MOTIONS FOR RECONSIDERATION AND RECISSION w/cert. of svc. -- Tercar Theatre Co. and Harkins Amusement Enterprises, Inc. (ea) |
| 5/18/79 | 56 | RESPONSE -- Plitt Intermountain Theatres, Inc. w/cert. of svc. (ea) |
| 5/18/79 | 57 | RESPONSE -- Avco Embassy Pictures Corp.w/cert. of svc. (ea) |
| 5/18/78 | 58 | RESPONSE -- United Artists Theatre Circuit w/cert. of svc. (ea) |
| 5/18/79 | 59 | RESPONSE -- General Cinema Corp., et al.w/cert. of svc. (ea) |
| 5/31/79 | 60 | JOINDER IN OPPOSITION TO MOT. FOR RECONSIDERATION--Family Enterprises, Inc. w/cert. of svc. (ea) |
| 6/6/79 | 61 | JOINDER IN OPPOSITION TO MOTION FOR RECONSIDERATION -- Cineworld Corp. of Texas and Oracle View Theatre Corp. -- w/cert. of service (cds) |
| 6/15/79 | 62 | Motion, Brief, Schedule A, for reconsideration of Panel's Opinion and transfer of A-**9** -- Plaintiff Southway Theatres, Inc. w/cert of service. (rew) |

Case MDL No. 366   Document 1   Filed 05/04/15   Page 7 of 44

JPML FORM 1A - Continuation                     DOCKET ENTRIES -- p. _7_


DOCKET NO. 366  --  In re Motion Picture Licensing Antitrust Litigation

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 6/22/79 | 63 | TELEGRAM -- (A-9) -- Defense Counsel for Columbia Pictures, Inc., Twentieth Century-Fox Film Corp., Paramount Pictures Corp., United Artists Corp., Universal Film Exchanges, Inc. and Warner Bros. -- (no svc.) (emh) |
| 6/15/79 | 64 | MOTION, BRIEF, Cert of Service -- American International Pictures, Inc. for Reconsideration of the Panel's Order of transfer dated 4/3/79          (rew) |
| 6/27/79 | | ORDER -- Denying motion for reconsideration of Panel's opinion and order of 4/3/79 ################################## #######################################################. (ea) |
| 6/28/79 | 65 | RESPONSE TO MOTION FOR RECONSIDERATION -- Exhibitor Defendants -- w/Exhibit A and cert. of serv. (cds) |
| 6/29/79 | 66 | MEMORANDUM, Affidavit of A. Vernon Carnahan and Cert. of Svc. -- Buena Vista Distribution Co., Inc. (ea) |
| 7/3/79 | 67 | ## RESPONSE, cert. of svc., Affidavit of Tench C. Coxe -- Columbia Pictures Industries, Inc., et al. (ea) |
| 7/6/79 | 68 | REPLY MEMORANDUM W/CERT. OF SVC., AFFIDAVIT OF JAMES T. PATTERSON -- Southway Theatres, Inc. (ea) |
| 7/26/79 | | ORDER TO SHOW CAUSE -- B-19 American Inter'l Pictures, Inc., et al. v. Price Enterprises Inc., et al.,E.D.Va.,C.A. No. 78-651-N -- why case should not be transferred to S.D. Tex. and why the original claims by pltfs. should not be separated and remanded to the E.D. Va. -- Notified involved counsel and judges. (ea) |
| 7/26/79 | | ORDER TO SHOW CAUSE -- A-11, B-13 thru B-18 listed below -- why cases should not be transferred to S.D. Tex. --Notified involved counsel and judges. (ea) |

> Central District of California
> American Multi-Cinema, Inc., et al. v. Motion Picture
> Association of America, Inc., et al., C.A. No.
> CV-79-1703-DWW
> Fred Stein, etc., et al. v. United Artists Corporation,
> et al., C.A. No. CV79-2137-WPG
> General Cinema Corporation v. Buena Vista Distribution
> Co., Inc., C.A. No. CV78-3284-LTL(Kx)
> Southern District of Florida
> Holiday Theatres, Inc. v. Wometco Enterprises, Inc., et
> al., C.A. No. CV78-2420-Civ-JAG
> Southern District of New York
> Quad Cinema Corporation v. Twentieth Century Fox Film
> Corporation, et al., C.A. No. 76 Civ 4452
> District of Massachusetts
> National Amusements, Inc. v. Columbia Pictures Industries,
> Ind., et al., C.A. No. 77-155-Z
> Northern District of Texas
> General Cinema Corp. of Texas v. United Artists Corp.,
> C.A. No. CA3-77-170-G

JPML FORM 1A

*P. 8*

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **366** -- <u>**In re Motion Picture Licensing Antitrust Lit.**</u>

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 7/26/79 | | LETTER FROM THE PANEL TO ALL COUNSEL ADVISING THAT THE CASES LISTED BELOW WILL NOT BE INCLUDED ON THE INITIATIVE OF THE PANEL, BUT ANY PARTY INVOLVED MAY FILE A MOTION TO TRANSFER UNDER SECTION 1407. (ea) |
| | | <u>WESTERN DISTRICT OF NEW YORK</u><br>Lyell Theatre Corp., et al. v. Loews Corp., et al.    Civil Action No. Civ-1971-571 |
| | | Lyell Theatre Corp. v. Columbia Pictures Industries, Inc.    Civil Action No. Civ-74-132 |
| | | <u>SOUTHERN DISTRICT OF IOWA</u><br>James Stopulos v. Paramount Pictures Corp.    Civil Action No. Civ. 75-16-D |
| | | <u>DISTRICT OF MASSACHUSETTS</u><br>Patriot Cinemas, Inc. v. Universal Film Exchanges, Inc., et al.    Civil Action No. 78-1453-T |
| | | <u>WESTERN DISTRICT OF VIRGINIA</u><br>Greenbrier Cinemas, Inc. v. Honorable Griffin B. Bell, etc., et al.    Civil Action No. 77-0035 |
| | | <u>DISTRICT OF NEBRASKA</u><br>Twentieth Century-Fox Film Corp. v. Irwin Dubinsky, et al.   (Dis'd 4/26/79)    Civil Action No. 78-0-276 |
| | | <u>EASTERN DISTRICT OF TENNESSEE</u><br>Paramount Pictures Corp. v. American Multi-Cinema, Inc., et al.    Civil Action No. 3-79-214 |
| | | <u>CENTRAL DISTRICT OF CALIFORNIA</u><br>Exhibitors Service, Inc. v. American Multi-Cinema, Inc., et al.  (Dis'd 5/24/79)    Civil Action No. 78-4349-MML |
| | | <u>NORTHERN DISTRICT OF ILLINOIS</u><br>Essaness Theatres Corp. v. Plitt Theatres, et al.    Civil Action No. 75-C-4363 |
| | | <u>EASTERN DISTRICT OF LOUISIANA</u><br>Paramount Pictures Corp., et al. v. Edwards Drive-In Inc. d/b/a Joy Drive-In, et al.    Civil Action No. 77-1240 |
| 8/6/79 | 69 | REQUEST FOR EXTENSION OF TIME FOR FILING RESPONSE TO SCO -- Defendant Warner Bros. Distributing Corp. -- GRANTED TO ALL PARTIES TO AND INCLUDING August 28, 1979 (cds) |
| 8/6/79 | 70 | REQUEST FOR EXTENSION OF TIME FOR FILING RESPONSE TO SCO -- Plaintiff Quad Cinema -- GRANTED to 8/28/79 (cds) |

9

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 8/8/79 | | AMENDMENT TO ORDER TO SHOW CAUSE filed on July 26, 1979 to include B-20 Paramount Pictures Corp., et al. v. Heritage Theatres, Inc., W.D.Okla.,C.A.No. Civ-78-01115-D. Notified involved counsel and judges. (ea) |
| 8/8/79 | | LETTER FROM THE PANEL TO ALL COUNSEL ADVISING THAT THE CASES LISTED BELOW WILL NOT BE INCLUDED ON THE INITIATIVE OF THE PANEL, BUT ANY PARTY INVOLVED MAY FILE A MOTION TO TRANSFER UNDER SECTION 1407. (ea) |
| | | Morse Road Cinema Co. v. United Artists Corp., et al., S.D. Ohio, C.A.No. C-2-79-309; Paramount Pictures Corp.,etal. v. Fernando F. Williams, etal.,E.D.La.,C.A.No. 73-347(Dis'd 6/73); S.Y.I. Corp. v. United Artists Corp.,E.D.N.Y., C.A. No. 78C-2743 (Dis'd 7/19/79). (ea) |
| 8/10/79 | | HEARING ORDER -- Regarding Order to Show Cause in A-11, and B-13 through B-19. Hearing to be held on Sept. 18, 1979 in the Northern District of Illinois (cds) |
| 8/10/79 | | AMENDMENT TO HEARING ORDER -- Adding B-20 Paramount Pictures Corp., et al. v. Heritage Theatres, Inc., W.D. Oklahoma, C.A. No. Civ-78-01115-D to hearing to be held on Sept. 18, 1979 in the Northern District of Illinois (cs) |
| 8/13/79 | | APPEARANCE -- withdrawing Underwood, Gillis, Karcher, Reinert & Valle, P.A. and adding Alan Kluger for Holiday Theatres (emh) |
| 8/13/79 | 71 | RESPONSE -- Price Enterprises, Inc., et al. -- w/cert. of svc. (emh) |
| 8/17/79 | 72 | MOTION TO TRANSFER B-21 Moyer Theatres, Inc. v. Warner Bros. Distributing Corp., et al., D. Oreg., C.A. No. 79-942 -- Plaintiff Moyer Theatres, Inc. -- w/cert. of serv. (cds) |
| 8/17/79 | 73 | MOTION TO TRANSFER B-22 Lyell Theatre Corp., et al. v. Loews Corp., et al., W.D.N.Y. C.A. No. 1971-571 and B-23 Lyell Theatre Corp. v. Columbia Picutures Ind., Inc., et al., W.D.N.Y., C.A. No. 74-132 -- Defendants Cinima Releasing Corp., Cinerama, Inc. and National General Pictures Corp. -- w/Schedule and cert. of serv. (cds) |
| 8/20/79 | | AMENDMENT TO HEARING ORDER -- Adding B-21 through B-23 -- Hearing to be held on Sept. 18, 1979 in N.D. Ill. (cds) |
| 8/22/79 | 74 | RESPONSE TO SCO -- Nancy Beth Theatre Corp. Deft. in B-18 -- -- w/cert. of service (cds) |
| 8/23/79 | 75 | RESPONSE TO SCO -- General Cinema Corp. of Virginia a part in B-19 -- w/cert. of service (cds) |
| /8/79 | | ~~LETTER FROM THE PANEL TO ALL COUNSEL ADVISING THAT THE CASES LISTED BELOW WILL NOT BE INCLUDED ON THE INITIATIVE OF THE PANEL, BUT ANY PARTY INVOLVED MAY FILE A MOTION TO TRANSFER UNDER SECTION 1407.~~ (ea) |

JPML FORM lA - Continuation          DOCKET ENTRIES -- p. __10__

DOCKET NO. __366__ -- __IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION__

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 8/20/79 | | LETTER FROM PANEL TO ALL COUNSEL ADVISING THAT THE CASE LISTED BELOW WILL NOT BE INCLUDED ON THE INITIATIVE OF THE PANEL, BUT ANY PARTY INVOLVED MAY FILE A MOTION TO TRANSFER UNDER SECTION 1407. (ea)<br>Scrumpy Dump Cinema, Inc. v. United Artists Film Corp.,N.D. Ohio, C.A. No. C-76-1070. (ea) |
| 8/23/79 | 76 | REQUEST FOR EXTENSION OF TIME -- Wometco Enterprises -- GRANTED TO AND INCLUDING September 4, 1979  (cds) |
| 8/23/79 | 77 | RESPONSE TO SCO -- Sargoy, Stein & Hanft -- w/cert. of serv. |
| 8/23/79 | 78 | RESPONSE TO SCO -- Heritage Theatres, Inc. -- Telegraph is attached requesting additional time to serve response on involved counsel -- granted (cds) |
| 8/24/79 | 79 | RESPONSE TO SCO -- Plaintiff Quadd Cinema -- w/cert. of serv. |
| 8/24/79 | 80 | RESPONSE TO SCO -- Exhibitor-Defendant The Walter Reade Organization, Inc. (B-18) -- w/cert. of serv. (cds) |
| 8/24/79 | 81 | MOTION, BRIEF TO TRANSFER B-24 C.N.S. Theatres, Inc. v. Warner Bros. Distributing Corp., et al. , D.Oregon, C.A. No. 79-971 -- Plaintiff C.N.S. Theatres, Inc. -- w/cert. of service and Exhibit A  (cds) |
| 8/27/79 | 82 | RESPONSE TO SCO -- Buena Vista Distribution Co., Inc. -- w/exhibits & cert. of service (cds) |
| 8/27/79 | 83 | RESPONSE TO SCO -- Motion Picture Association of America -- w/cert. of service  (cds) |
| 8/27/79 | 84 | RESPONSE TO SCO -- Columbia Pictures Ind., Inc. -- w/cert. of service  (cds) |
| 8/28/79 | 85 | SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO TRANSFER OF A-9 -- Co.umbia Pictures Industries, Inc., et al. -- w/cert. of service  (cds) |
| 8/28/79 | 86 | RESPONSE TO SCO -- Universal Film Exchanges, Inc. -- w/cert. of service  (cds) |
| 8/28/79 | 87 | RESPONSE TO SCO -- United Artists Corp., et al. -- w/cert. of service (cds) |
| 8/28/79 | 88 | RESPONSE TO SCO -- Distributor Defendants -- w/cert. of serv. |
| 8/28/79 | 89 | REPLY TO PLEADING NO. 87 -- Motion Picture Distributor Defendants -- w/Exhibits and cert. of serv. (cds) |
| 8/28/79 | 90 | RESPONSE TO SCO -- Twentieth Century-Fox Film Corp., et al. -- w/Exhibits and cert. of serv.  (cds) |
| 8/28/79 | 91 | RESPONSE TO SCO IN B-19 -- Plaintiffs American International Pictures, Inc., et al. -- w/cert. of serv. (cds) |
| 8/28/79 | 92 | RESPONSE/MEMORANDUM TO SCO IN B-19 -- American International Pictures, Inc., et al. Counterclaim Defendants -- w/cert of service  (cds) |
| 8/28/79 | 93 | RESPONSE TO SCO -- Twentieth Century-Fox Film Corp., et al. w/cert. of service  (cds) |
| 8/28/79 | 94 | RESPONSE TO SCO -- ABC Southeastern Theatres, Inc. (Counter-defendant B-19 w/cert of service (rew) |

11

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- In re Motion Picture Licensing Antitrust Lit.

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 8/29/79 | 95 | RESPONSE -- Defendant Fred & Miriam Stein -- w/Exhibit A and w/cert. of service   (emh) |
| 8/29/79 | 96 | REQUEST FOR EXTENSION OF TIME -- Paramount Pictures Corp., et al. -- GRANTED TO AND INCLUDING SEPT. 7, 1979 (cds) |
| 8/31/79 | | **APPEARANCE -- John W. Clarke, Jr., Esq. for Jo Mor Enterprises, Inc., Morris P. Slotnick, John R. Martina, Martros Theatres, Inc.   (rew)** |
| 8/31/79 | 97 | RESPONSE TO MOTION TO TRANSFER B-21 -- Buena Vista Distri- bution Co., Inc. -- w/cert. of service  (cds) |
| 8/31/79 | 98 | MOTION/BRIEF TO TRANSFER ACTION  (B-25)Stopulos, et al. v. Buena Vista Distribution Co, S.D.Iowa, C.A.No. 75-16-D -- James C. Stopulos, Stalho, Inc. and J.S.B. Mid-West Theatres, Inc. -- w/cert. of  service  (cds) |
| 8/31/79 | 99 | RESPONSE TO MOTION TO TRANSFER B-22 -- Loews Corp. -- w/cert. of service  (cds) |
| 8/31/79 | 100 | RESPONSE TO MOTIONS TO TRANSFER B-22 and B-23 -- Jo-Mor Enterprises, Inc., John R Martina and Morris P. Slotnick w/cert. of service  (cds) |
| 9/4/79 | 101 | RESPONSE/MEMORANDUM -- Columbia Pictures, Inc., et al. -- w/Exhibit A and B and cert. of service   (emh) |
| 9/4/79 | 102 | RESPONSE/MEMORANDUM -- Columbia Pictures, Inc., et al. -- w/Exhibit and cert. of svc.  (emh) |
| 9/4/79 | 103 | RESPONSE/MEMORANDUM -- Paramount Pictures Corp. and United Artists Corp. -- w/cert. of svc.  (emh) |
| 9/4/79 | 104 | RESPONSE (B-16) -- Wometco Enterprises, Inc. -- w/Exhibit A thru D and cert. of svc.  (emh) |
| 9/4/79 | 105 | SUPPLEMENTAL RESPONSE (B-14) -- Pltfs. Fred & Miriam Stein -- w/cert. of svc.  (emh) |
| 9/4/79 | | ORDER -- Vacating B-21 Moyer Theatres, Inc. v. Warner Bros. Distributing Corp., et al., D. Oreg., C.A. No. 79-942 from Hearing Order filed 8/10/79  (emh) |



CPML FORM 1A

*12*

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- IN RE MOTION PICTUE LICENSING ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 9/5/79 | 106 | SUPPLEMENTAL MEMORANDUM (B-13) -- Plaintiffs in B-13-- w/Appendix A and cert. of svc.    (emh) |
| 9/5/79 | 107 | JOINT MEMORANDUM IN SUPPORT OF TRANSFER OF B-13, B-14, B-15, B-18, B-21, B-22 & B-23 -- Exhibitor Plaintiffs and Exhibitor Defendants in those actions -- w/Affadavit and cert. of svc.    (emh) |
| 9/5/79 | 108 | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF SCO - (B-18) -- Defendants Cinema 5 Ltd. and Rugoff Theatres, Inc. (emh) |
| 9/5/79 | 109 | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF SCO - (B-14) -- Defendants in B-14 -- w/cert. of svc.    (emh) |
| 9/5/79 | 110 | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF SCO - (B-15) -- General Cinema Corporation -- w/cert. of svc.    (emH) |
| 9/5/79 | 111 | RESPONSE/MEMORANDUM IN OPPOSITION OF TRANSFER OF B-21 -- Individual Defendants in B-21 -- w/Exhibit and cert. of service    (emh) |
| 9/5/79 | 112 | RESPONSE/MEMORANDUM IN SUPPORT OF TRANSFER OF B-13 & B-15 -- Plaintiffs Steering Committee -- w/cert. of svc.    (emh) |
| 9/6/79 | 113 | REQUEST FOR POSTPONEMENT OF HEARING Schedule 9/18/79 -- (B-18) - Twentieth Century Fox et al., -- DENIED  (emh) |
| 9/7/79 | 114 | RESPONSE/MEMORANDUM TO SCO (B-20) -- Distributor Defendants -- w/Exhibits and cert. of svc.    (emh) |
| 9/7/79 | 115 | MEMORANDUM IN OPPOSITION TO TRANSFER OF B-24 -- Buena Vista Distribution Co., Inc. -- w/cert. of svc.  (emh) |
| 9/10/79 | | PETITION FOR A WRIT OF MANDAMUS OR PROHIBITION filed in the FIFTH CIRCUIT by Distributors.  Assigned No. 79-3014 in the Fifth Circuit |
| 9/10/79 | 116 | REPLY -- re:  (B-21 Moyer) -- Plaintiff Moyer w/cert of svc. |
| 9/10/79 | 117 | RESPONSE -- Re:  (B-22 and B-23 Lyell) from plaintiffs Lyell Theatre Corp. and Martine Theatre Corp. (rew) |
| 9/12/79 | 118 | MEMORANDUM -- (Re B-20) -- Distributor Deft. w/cert. of svc.    (emh) |

13

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- In re Motion Picture Licensing Antitrust Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 9/12/79 | 119 | MOTION TO TRANSFER (B-26) College Theatres, Inc. v. Mann Theatres Corp. of California, et al., S.D. Calif., C.A. No. 79-1137-GT -- Plaintiff College Theatre, Inc. -- w/Memorandum and cert. of service        (emh) |
| 9/13/79 | 120 | REQUEST FOR EXTENSION OF TIME -- Thomas Shields for Distributor Defendants -- GRANTED to 9/24/79  (emh) |
| 9/13/79 | | HEARING APPEARANCES:  HARRY B. SWERDLOW, ESQ. FOR Numerous Exhibitors;  N. HENRY SIMPSON, ESQ. FOR Pltfs. in transferred cases;  A. VERNON CARNAHAN, ESQ. FOR Buena Vista; ROBERT R. SALMAN, ESQ. FOR Numerous distributors in AMC (C.Cal.);  ROBERT HOLTZMAN, ESQ. FOR Numerous distributors in Stein;  JULIAN H. KREEGER, ESQ. FOR Wometco; PHILIP BLOOM, ESQ. FOR Numerous distributors in S.D.Fla. action;  LAURENCE GREENWALD, ESQ. FOR Numerous distributors in S.D.N.Y. action; FRANK RAICHLE, ESQ. FOR Numerous distriubtors in W.D.N.Y. action; ROBERT SUGARMAN, ESQ. FOR Columbia Pictures;  LEWIS T. BOOKER, ESQ. FOR American International Pictures, Inc., et al;  NORMAN KNOPF, ESQ. FOR ABC Southeastern Theatres, Inc.;  GUY FRIDDELL, ESQ. FOR General Cinema Corp. of Va., Inc.; JOHN HARRINGTON, ESQ. FOR Pltfs. and ctrclaim defendants in W.D Okla. action;  STANLEY E. SACKS, ESQ. FOR Def. in E.D. Va. action  (cds) |
| 9/13/79 | | WAIVERS OF ORAL ARGUMENT:  KENNETH BERMAN, ESQ. FOR General Cinema Corp. of Texas;  MONROE STEIN, ESQ. FOR Nancy Beth Theatre Corp.;  JOYCE RUSKAY, ESQ. FOR Quad Cinema Corp.;  CHARLES SHADID, ESQ. FOR Heritage Theatres, Inc; JOHN W. CLARK, ESQ. FOR Jo-Mor; Martina, Slotnick and Matros Theatre, Inc.;  WILLIAM GOLD, ESQ. FOR Walter Reade Organization, Inc. (cds) |
| 9/14/79 | 121 | SUPPLEMENTAL BRIEF -- Heritage Theatres, Inc. -- w/cert. of service    (emh) |
| 9/14/79 | 122 | RESPONSE/MEMORANDUM IN OPPOSITION TO TRANSFER OF B-25 -- Buena Vista Distribution Co. -- w/Affidavit & cert. of svc.      (emh) |
| 9/17/79 | 123 | LETTER -- Re: Sept. 18, 1979 Hearing -- Plaintiffs Steering Committee -- w/service  (emh) |
| 9/17/79 | 124 | REPLY/MEMORANDUM -- C.N.S. Theatres, Inc. -- w/Exhibits and cert. of svc.    (emh) |
| 9/21/79 | 125 | RESPONSE/MEMORANDUM -- w/Exhibit A and cert. of svc. (emh) -- filed by Pacific International Enterprises, Inc. |
| 9/24/79 | | APPEARANCE -- Thomas J. Greenan, Esq. for Sterling Theatres Co.    (ea) |

JPML FORM 1A  14

### DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **366** -- _____

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 9/24/79 | 126 | RESPONSE, MEMORANDUM, BRIEF, AFFIDAVIT OF ROBERT A. VON VOOREN, CERT. OF SVC. -- B-25 Stopulos, et al. v. Buena Vista Distribution Co., et al. -- Local defts. Columbia Pictures, Inc., United Artists, Warner Distribution Corp., Metro-Goldwyn-Mayer, Inc., Universal Film Exchanges, Inc. and MCA. (ea) |
| 9/25/79 | 127 | REQUEST FOR EXTENSION OF TIME --Defendants Motion Picture Association of America, et al. -- GRANTED TO AND INCLUDING October 11, 1979  (cds) |
| 9/26/79 | 128 | MEMORANDUM, AFFIDAVIT OF A. VERNON CARNAHAN, CERT. OF SVC. -- Buena Vista Distribution Co., Inc. (ea) |
| 9/26/79 | 129 | REQUEST FOR EXTENSION OF TIME -- Sterling Theatres Co. GRANTED to and including Oct. 27, 1979. (ea) |
| 9/27/79 | | ORDER -- Denying Motion for Reconsideration in A-9 Southway Theatres, Inc. v. Cinerama Releasing Corp., et al., N.D. Ga., C.A. No. C75-1631 A    (emh) |
| 9/28/79 | 130 | LETTER -- Re comments at oral argument on 9/18/79 re AMC case -- ltr. dated 9/25/79 signed by Harry B. Swerdlow  (emh) |
| 10/1/79 | 131 | RESPONSE, CERT. OF SVC. -- American Multi-Cinema, Inc. (B-26).  (ea) |
| 10/1/79 | 132 | LETTER, CERT. OF SVC. -- General Cinema Corp. of Texas. (ea) |
| 9/27/79 | | LETTER dated 9/27/79 from the Clerk of the Panel to counsel in B-21, B-24, B-25 and B-26 advising that cases will not be acted upon by the Panel until after the O & O has been filed. (ea) |
| 10/9/79 | 133 | REQUEST FOR EXTENSION OF TIME -- The Motion Picture Assoc. of America, et al. -- GRANTED to and including Nov. 7, 1979.(ea) |
| 10/9/79 | 134 | MEMORANDUM, CERT. OF SVC. -- Eastgate Theatres, Inc., et al.(ea) |
| 10/10/79 | 135 | LETTER, CERT. OF SVC. -- Moyer Theatres, Inc. and CNS Theatres, Inc. (ea) |
| 10/17/79 | | ORDER VACATING ORDER TO SHOW CAUSE -- A-11 Gen. Cinema Corp. of Texas v. United Artists, N.D. Texas, C.A. No. 3-77-1708 -- Notified involved judges, clerks and |
| 10/24/79 | | ORDER COUPLED (Agdal Theatres, Inc. v. Warner Bros. Distr. Co. |

16

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 9/17/79 | | ORDER VACATING ORDER TO SHOW CAUSE -- A-11 Gen. Cinema Corp. of Texas v. United Artists, N.D. Texas, C.A. No. 3-77-170G -- Notified involved judges, clerks and counsel (cds) |
| 10/24/79 | | ORDER -- B-21 Moyer Theatres, Inc. v. Warner Bros. Distr. Co. D. Oreg., 79-942 and C.N.S. Theatres,Inc. v. Warner Bros. Distributin Corp., et al., D. Oreg., 79-971 GRANTING PLAINTIFFS MOTION TO WITHDRAW MOTION TO TRANSFER. Notified counsel, clerks, involved judges. (rew) |
| 10/24/79 | | ORDER -- B-19 American Intl. Pictures, Inc. v. AVCO Embassy Pictures Corp., et al., E.D.Va., 78-651-N VACATING SCO filed on 7/26/79 as the show cause order pertained to the claims brought by plaintiffs and DENYING the motion for transfer of action. Notified counsel, clerks, involved judges (rew) |
| 79/10/29 | 136 | MEMORANDUM IN OPPOSITION TO TRANSFER B-26 -- Deft Sterling Theatres Co. w/cert. of svc (ea) |
| 79/11/02 | | HEARING ORDER -- setting B-25 and B-26 for November 28, 1979 hearing in the S.D. California (cds) |
| 79/11/05 | | OPINION AND ORDER -- Vacating SCO in B-13 through B-20 and |
| 79/11/05 | | Denying transfer of B-22 and B-23 -- Notified involved Counsel, Clerks and Judges (cds) |
| 79/11/05 | 137 | MEMORANDUM IN OPPOSITION TO MOTION FOR TRANSFER (B-26) -- The Motion Picture Association of America, et al. -- w/cert. of service (cds) |
| 79/11/02 | | Letter Granting Extension to all counsel (B-25 - 26) to one week after 366 (10-tag alongs) opinion filed -- sent to all counsel (cds) |
| 79/11/16 | 138 | LETTER REGARDING MOOTNESS OF TRANSFER OF (B-26) College v. Mann Theatres, S.D. Cal., 79-1137-GT -- American Multi-Cinema, Inc. -- w/cert. of serv. (cds) |
| 79/11/28 | 139 | RESPONSE (Original only -- copies filed at hearing) -- Plaintiffs' Steering Committee -- w/Appendices and cert. of serv. (cs) |
| | | **BECAUSE OF THE UNDUE AND UNEXPLAINED LATENESS OF THE SUBMISSION OF THIS BRIEF (NO. 139) AND THE FAILURE OF SERVICE ON OPPOSING COUNSEL UNTIL THE MORNING OF THE HEARING, THIS BRIEF WILL ONLY BE GIVEN de minimis CONSIDERATION.**   (Docket Noted 12/3/79 (rew) ) |

16

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *366* -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 79/12/13 | | ORDER DENYING TRANSFER -- <br> B-25 Stopulos, et al. v. Buena Vista Dist. Co., et al., <br> S.D. Iowa, C.A.No. 75-0016 <br> B-26 College Theatre, Inc. v. Mann Theatres Corp. of <br> Calif., et al., S.D.Calif., C.A.No. 79-1137 <br> NOTIFIED COUNSEL, CLERKS AND JUDGES   (emh) |
| 80/03/13 | 140 | LETTER -- signed by Robert A. Holtzman -- re: Dismissal <br> of B-14 (Stein v. United Artist Corp.) -- <br> w/enclosure of Judge Gray's judgment of dismissal   (emh) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- ~~IN RE MOTION PICTURE Antitrust LITIGATION p. 15~~

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 10/17/79 | | ORDER VACATING ORDER TO SHOW CAUSE -- A-11 Gen. Cinema Corp. of Texas v. United Artists, N.D. Texas, C.A. No. 3-77-170G -- Notified involved judges, clerks and |
| 10/24/79 | | ORDER -- B-21 Moyer Theatres, Inc. v. Warner Bros. Distr. Co. D. Oreg., 79-942 and C.N.S. Theatres,Inc. v. Warner Bros. Distributing Corp., et al., D. Oreg., 79-971 GRANTING PLAINTIFFS MOTION TO WITHDRAW MOTION TO TRANSFER. Notified counsel, clerks, involved judges. (rew) |
| 10/24/79 | | ORDER -- B-19 American Intl. Pictures, Inc. v. AVCO Embassy Pictures Corp., et al., E.D.Va., 78-651-N VACATING SCO filed on 7/26/79 as the show cause order pertained to the claims brought by plaintiffs and DENYING the motion for transfer of action. Notified counsel, clerks, involved judges (rew) |
| 10/29/79 | 136 | MEMORANDUM IN OPPOSITION TO TRANSFER B-26 -- Deft. Sterling Theatres Co. w/cert. of svc. (ea) |
| 79/11/02 | | HEARING ORDER -- setting B-25 and B-26 for November 28, 1979 hearing in the S.D. California (cds) |
| 79/11/05 79/11/05 | | OPINION AND ORDER -- Vacating SCO in B-13 through B-20 and Denying transfer of B-22 and B-23 -- Notified involved Counsel, Clerks and Judges (cds) |
| 79/11/05 | 137 | MEMORANDUM IN OPPOSITION TO MOTION FOR TRANSFER (B-26) -- The Motion Picture Association of America, et al. -- w/cert. of service (cds) |
| 79/11/02 | | Letter Granting Extension to all counsel (B-25 - 26) to one week after 366 (10-tag alongs) opinion filed -- sent to all counsel (cds) |
| 79/11/16 | 138 | LETTER REGARDING MOOTNESS OF TRANSFER OF (B-26) College v. Mann Theatres, S.D. Cal., 79-1137-GT -- American Multi-Cinema, Inc. -- w/cert. of serv. (cds) |
| 79/11/27 | | HEARING APPEARANCES: PERCY KLEINOPS, ESQ. for College Theatres, Inc.; A. VERNON CARNAHAN, ESQ. for Buena Vista; WILLIAM BILLICK, ESQ. for Universal Film Exchanges, Inc.; ALAN RENICHE, ESQ. for Motion Picture Assoc. of America, et al.; THOMAS GREENAN, ESQ. for Sterling Theatre, Co.; HARRY SWERDLOW, ESQ. for Pacific Theatres and Mann Theatres; ROBERT VAN VOOREN, ESQ. for Defendants Columbia Pictures, Inc., et al.; H. KENNETH KUDON, ESQ. for Plaintiffs' Steering Committee (cds) |
| 79/11/27 | | WAIVER OF ORAL ARGUMENT: Tercar Theatre Co. and Harkins Amusement Enterprises, Inc.; Loews Corp. and Rein Rabakukk; Pacific International Enterprixes, Inc; Universal Amusement Co., Inc. and Entertainment Projects, Inc.; Louis T. Weis; American Multi-Cinema, Inc.; Stopulos, Stalho, Inc., J.S.B. Midwest Theatres, Inc.; Gen. Cinema Corp. of Tex. (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ --

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 79/11/28 | 139 | RESPONSE (Original only -- copies filed at hearing) -- Plaintiffs' Steering Committee -- w/Appendices and cert. of serv. (cs) <br><br> BECAUSE OF THE UNDUE AND UNEXPLAINED LATENESS OF THE SUBMISSION OF THIS BRIEF (NO. 139) AND THE FAILURE OF SERVICE ON OPPOSING COUNSEL UNTIL THE MORNING OF THE HEARING, THIS BRIEF WILL ONLY BE GIVEN de minimis CONSIDERATION.     (Docket Noted 12/3/79 (rew)) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- IN RE MOTION PICTURE Antitrust LITIGATION p. 15

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 10/17/79 | | ORDER VACATING ORDER TO SHOW CAUSE -- A-11 Gen. Cinema Corp. of Texas v. United Artists, N.D. Texas, C.A. No. 3-77-170G -- Notified involved judges, clerks and |
| 10/24/79 | | ORDER -- B-21 Moyer Theatres, Inc. v. Warner Bros. Distr. Co. D. Oreg., 79-942 and C.N.S. Theatres,Inc. v. Warner Bros. Distributing Corp., et al., D. Oreg., 79-971 GRANTING PLAINTIFFS MOTION TO WITHDRAW MOTION TO TRANSFER.  Notified counsel, clerks, involved judges.  (rew) |
| 10/24/79 | | ORDER -- B-19 American Intl. Pictures, Inc. v. AVCO Embassy Pictures Corp., et al., E.D.Va., 78-651-N VACATING SCO filed on 7/26/79 as the show cause order pertained to the claims brought by plaintiffs and DENYING the motion for transfer of action.  Notified counsel, clerks, involved judges  (rew) |
| 10/29/79 | 136 | MEMORANDUM IN OPPOSITION TO TRANSFER B-26 -- Deft. Sterling Theatres Co. w/cert. of svc. (ea) |
| 79/11/02 | | HEARING ORDER -- setting B-25 and B-26 for November 28, 1979 hearing in the S.D. California  (cds) |
| 79/11/05 79/11/05 | | OPINION AND ORDER -- Vacating SCO in B-13 through B-20 and Denying transfer of B-22 and B-23 -- Notified involved Counsel, Clerks and Judges  (cds) |
| 79/11/05 | 137 | MEMORANDUM IN OPPOSITION TO MOTION FOR TRANSFER (B-26) -- The Motion Picture Association of America, et al. -- w/cert. of service  (cds) |
| 79/11/02 | | Letter Granting Extension to all counsel (B-25 - 26) to one week after 366 (10-tag alongs) opinion filed -- sent to all counsel  (cds) |
| 79/11/16 | 138 | LETTER REGARDING MOOTNESS OF TRANSFER OF (B-26) College v. Mann Theatres, S.D. Cal., 79-1137-GT -- American Multi-Cinema, Inc. -- w/cert. of serv. (cds) |
| 79/11/27 | | HEARING APPEARANCES:  PERCY KLEINOPS, ESQ. for College Theatres, Inc.;  A. VERNON CARNAHAN, ESQ. for Buena Vista; WILLIAM BILLICK, ESQ. for Universal Film Exchanges, Inc.; ALAN RENICHE, ESQ. for Motion Picture Assoc. of America, et al.;  THOMAS GREENAN, ESQ. for Sterling Theatre, Co.;  HARRY SWERDLOW, ESQ. for Pacific Theatres and Mann Theatres;  ROBERT VAN VOOREN, ESQ. for Defendants Columbia Pictures, Inc., et al.;  H. KENNETH KUDON, ESQ. for Plaintiffs' Steering Committee  (cds) |
| 79/11/27 | | WAIVER OF ORAL ARGUMENT:  Tercar Theatre Co. and Harkins Amusement Enterprises, Inc.;  Loews Corp. and Rein Rabakukk; Pacific International Enterprixes, Inc;  Universal Amusement Co., Inc. and Entertainment Projects, Inc.;  Louis T. Weis; American Multi-Cinema, Inc.; Stopulos, Stalho, Inc., J.S.B. Midwest Theatres, Inc.; Gen. Cinema Corp. of Tex.  (cds) |

p 16

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 --

| Date | | Description |
|------|---|-------------|
| 83/08/11 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-1 Florida West Theatres, Inc., et al. v. Warner Brothers Distributing Corp., et al., S.D.Tex., C.A. No. H-79-763 (M.D.Fla., C.A. No. 74-326-CIV-J-C); A-5 Balmoral Cinema, Inc. v. Allied Artists Pictures Corp., et al., S.D.Tex., C.A. No. H-79-801 (W.D.Tenn., C.A. No. 77-2101); A-8 Harkins Amusement Enterprises, Inc. v. General Cinema Corp., et al., S.D.Tex., C.A. No. H-79-813 (D.Ariz., C.A. No. 77-736-PHX-WEC); and A-10 Syufy Enterprises v. Columbia Picture Industries, Inc., et al., S.D.Tex., C.A. No. H-79-697 (D.Utah, C.A. No. C-77-0181).  NOTIFIED INVOLVED TRANSFEREE JUDGE AND COUNSEL.  (jsj) *SEE ENTRY BELOW.* |
| 83/08/11 | | SUGGESTION OF REMAND - J. Singleton for A-1, A-5, A-8, and A-10.  (jsj) |

IF <mdl>=366
AND <date>=83/08/24
THEN PROCESS RECORD

~~83/08/24   140   NOTICE OF OPPOSITION -- A-8 Harkins Amusement Enterprises, Inc. v. General Cinema Corp., et al., S.D. Tex., C.A. No. H-79-813 (D. Arizona, C.A. No. 77-736-PHX-WEC) -- filed by pltf. Harkins Amusement Entrises, Inc. w/svc. Notified counsel involved and transferee judge. (ds)~~

| Date | No. | Description |
|------|-----|-------------|
| 83/08/24 | 140 | NOTICE OF OPPOSITION -- A-8 Harkins Amusement Enterprises, Inc. v. General Cinema Corp., et al., S.D. Tex., C.A. No. H-79-813 (D. Arizona, C.A. No. 77-736-PHX-WEC) -- filed by pltf. Harkins Amusement Entrises, Inc. w/svc. Notified counsel involved and transferee judge. (ds) |
| 83/08/26 | 141 | NOTICE OF OPPOSITION -- A-1 Florida West Theatres, Inc., et al. v. Warner Brothers Distributing Corp., et al., S.D. Texas, C.A. No. H-79-763 (M.D. Florida, C.A. No. 74-326-CIV-J). Filed by pltfs. Florida West Theatres, Inc., et al. w/svc.  Notified involved counsel, transferee judge and transferor judge.  (ds) |
| 83/08/26 | 142 | NOTICE OF OPPOSITION -- A-10 Syufy Enterprises v. Columbia Picture Industries, Inc., et al., S.D. Texas, C.A. No. H-79-697 (D. Utah, C.A. No. C-77-0181). Filed by pltfs. Syufy Enterprises w/svc.  Notified involved counsel, transferee judge and transferor judge.  (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 83/09/01 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-5 Balmoral Cinema, Inc. v. Allied Artists Pictures Corp., et al., S.D.Tex., C.A. No. H-79-801 (W.D.Tenn., C.A. No. 77-2101) -- Notified involved judge and clerks. (jsj) |
| 83/09/02 | 143 | REQUEST FOR EXTENSION OF TIME -- Harkins Amusement Enterprises, Inc. -- GRANTED TO HARKINS ONLY to and including September 12, 1983.   (jsj) |
| 83/09/12 | 144 | MOTION TO VACATE CONDITIONAL REMAND ORDER -- A-1 Florida West Theatres, Inc., et al. v. Warner Brothers Distributing Corp., et al., S.D. Texas, C.A. No. H-79-763 (M.D. Florida, C.A. No. 74-326-CIV-J-C) -- w/cert. of svc. |
| 83/09/13 | 145 | MOTION/BRIEF TO VACATE CONDITIONAL REMAND ORDER w/cert. of svc. -- Harkins Amusement Enterprises, Inc. w/Plaintiffs Statement of Fact and Law, (w/Appendices I,II,III & IV) as filed Under Seal in the S.D. Texas. (jsj) |
| 83/09/13 | 146 | JOINDER IN MOTION TO VACATE CONDITIONAL REMAND ORDER (See Pldg. No. 145) -- filed by plaintiff Syufy Enterprises in A-10 - Syufy Enterprises v. Columbia Picture Industries, Inc., et al., S.D.Tex., C.A. No. H-79-697 (D.Utah, C.A. No. C-77-0181) -- w/cert. of svc.   (jsj) |
| 83/09/27 | 147 | RESPONSE -- Distributor-Defendants to Motions 144, 145 and 146 -- w/one copy Distributor-Defendants' Memorandum in Support of Order Suggesting Remand and in Response to Plaintiffs' Statement of Fact and Law filed under seal in the Southern District of Texas (one copy, under seal), w/cert. of svc.   (jsj) |
| 83/09/27 | 148 | RESPONSE/MEMORANDUM -- Defendant Buena Vista Distribution Co., Inc. to Motions 144, 145 and 146 -- w/cert. of svc.   (jsj) |
| 83/09/28 | | HEARING ORDER -- Setting oppositions of plaintiffs in A-1, A-8, and A-10 to remand for hearing on November 1, 1983 in Savannah, Georgia.   (jsj) |
| 83/10/12 | 149 | RESPONSE/BRIEF -- defts. General Cinema Corp., United Artists Theatre Circuit and The Harry Nace Co. w/cert. of svc. (ds) |

JPML FORM 1A                                              P. 18

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>366</u> -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 83/10/28 | | HEARING APPEARANCES -- Edwin Tobolowsky for Harkins Amusement Enterprises, Inc.; H. Kenneth Kudon for Florida West Theatres, Inc., et al.; Lawrence G. Papale for Syufy Enterprises; Laurence Greenwald for Avco Embassy Pictures Corp., et al.; Vernon Carnahan for Buena Vista; Harry B. Swerdlow for General Cinema Corp. (emh) |
| ~~83/11/17~~ | | ~~REMAND ORDER -- remanding A-1 Florida West Theatres, Inc., et al. v. Warner Brothers Distributing Corp., et al., S.D.~~ emh |
| 83/11/17 | | REMAND ORDER -- remanding A-1 Florida West Theatres, Inc., et al. v. Warner Brothers Distributing Corp., et al., S.D. Texas, H-79-763 (M.D.Fla., 74-326-CIV-J-C); A-8 Harkins Amusement Enterprises, Inc. v. General Cinema Corp., et al., S.D.Texas, H-79-813 (D.Ariz., 77-736-PHX-WEC); A-10 Syufy Enterprises v. Columbia Picture Industries, Inc., et al., S.D.Texas, H-79-697 (D.Utah., C-77-0181) pursuant to 28 U.S.C. §1407. Notified involved counsel, clerks and judges. (emh) |
| 12/12/96 | | Letter sent to Edwin Tobolwsky, Esq. and Laurence Greenwald, Esq. of shredding pleading #145 and #147 |
| 12/26/96 | | Shreded Pleadings #145 - Appendices I-IV and #147 - response (vmc) |

JPML Form 1

Revised: 8/78

O&O filed 4/3/79   468 F. Supp. 837

DOCKET NO. 366 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/19/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/3/79 | O&O 468 | F.Supp. 837 | S.D. Texas | John V. Singleton, Jr. | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 366 -- IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Florida West Theatres, Inc., et al. v. Warner Brothers Distributing Corp., et al. *opposed 8/26/83* | M.D.FLA. Carr | 74-326-Civ-J-C | 4/3/79 | H 79 763 | 11/17/83 R | |
| A-2 | Tercar Theatre Co. v. General Cinema Corp., et al. | S.D.TEX. Singleton | H-77-1294 | 4/3/79 XYZ | | 4/30/80 D | |
| A-3 | Universal Amusement Co. Inc., et al. v. General Cinema Corp., et al. | S.D.TEX. Singleton | H-78-192 | 4/3/79 XYZ | H 79 595 | 11/8 5 D  4/21/81 D | |
| A-4 | Cineworld Corp. of Texas, et al. v. United Artists Corp., et al. | D.ARIZ. Richey | 77-055-TUC | 4/3/79 | H 79 595 | | |
| A-5 | Balmoral Cinema, Inc. v. Allied Artists Pictures Corp., et al. | W.D.TENN Wellford | 77-2101 | 4/3/79 | H 79 601 | 11/1/83 R | |
| A-6 | Family Enterprises, Inc. v. Twentieth Century Fox, et al. | S.D.CAL. Turrentine | 78-0061-T | 4/3/79 | H 79 820 | 1/19/80 D | |
| A-7 | Wilder Enterprises, Inc. v. Allied Artists Pictures Corp., et al. | E.D.VA. MacKenzie | 77-637-N | Do NOT accept 2/6/79 | | | |
| A-8 | Harkins Amusement Enterprises, Inc. v. General Cinema Corp., et al. *opposed 8/24/83* | D.ARIZ. Craig | 77-736-PHX-WEC | 4/3/79 | H-79 813 | 11/17/83 R | |
| A-9 | Southway Theatres, Inc. v. Cinerama Releasing Corp., et al. | N.D.GA. Freeman | C75-1631A | DENIED | | | |
| A-10 | Syufy Enterprises v. Columbia Picture Industries, Inc., et al. *opposed 8/26/83* | D.UTAH Anderson | C-77-0181 | 4/3/79 | H 79 677 | 11/17/83 R | |
| A-11 | FLW Theatre Co. v. General Cinema Corp. *et al.* | N.D.TEX. Higginbotham | 3-77-0170G | SCO VACATED  DENIED July 1981-Same | 10/1/79 SCO | | |

*July 1979 — 6 TR; 2 XX2 = 8 Pdg   July 1980 Same*

Case 4:08-cv-00866 Document 1 Filed 05/04/15 Page 25 of 44

DOCKET NO. __366__ -- __IN RE MOTION PICTURE LICENSING ANTITRUST LIT.__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-12 | Patriot Cinemas, Inc. v. Universal Film Exchanges, Inc., et al. | D.Mass. Tauro | 78-1453-T | *DO NOT COUNT* | | | |
| B-13 | American Multi-Cinema, Inc., et al. v. Motion Picture Assoc. of America, Inc. et al. | C.D.Ca. Williams | 79-1703-DWW (Sx) | | | ⊬ 11/5/79 | SCO 11/21/ Vacated 11/5/79 |
| B-14 | Fred Stein, et al. v. United Artist Corp., et al. | C.D.Ca. Gray | 79-2137-WPG | | | ⊬ 11/5/79 | SCO Vacated 11/5/79 |
| B-15 | General Cinema Corp. v. Buena Vista Distribution Co., Inc. | C.D.Ca. Lydick | 78-3284-LTL (Kx) | | | ⊬11/5/79 | SCO Vacated 11/5/79 |
| B-16 | Holiday Theatres, Inc. v. Wometco Enterprises, Inc., et al. | S.D.Fla. Gonzalez | 78-2420-Civ -JAG | | | 11/5/79 | SCO Vacated 11/5/79 |
| B-17 | National Amusements, Inc. v. Columbia Pictures Industries, Inc., et al. | D.Mass. Zobel | 77-0155-Z | | | 11/5/79 | Vacated 11/5/79 |
| B-18 | Quad Cinema Corp. v. Twentieth Century Fox Film Corp., et al. | S.D.N.Y. Sand | 76-Civ.4452 | | | 11/5/79 | Vacated 11/5/79 |
| B-19 | American International Pictures, Inc. v. AVCO Embassy Pictures Corp., et al. | E.D.Va. | 78-651-N | | | See 5/79, order 10/24/79 | Vacated 11/5/79 |
| B-20 | Paramount Pictures Corp., et al. v. Heritage Theatres, Inc. | W.D.Okla Daugherty | Civ78-01115-D | | | 11/5/79 | |
| B-21 | Moyer Theatres, Inc. v. Warner Bros. Distributing Corp., et al. | Oregon | 79-942 | | | denied 10/24/79 | |
| B-22 | Lyell Theatre Corp., et al. v. Loews Corp., et al. | W.D.N.Y. Curtin | 1971-571 | | | denied 11/5/79 | |
| B-23 | Lyell Theatre Corp. v. Columbia Pictures Industries, Inc., et al. | W.D.N.Y. Curtin | 1974-132 | | | denied 11/5/79 | |

DOCKET NO. 366 -- IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-24 | C.N.S. Theatres, Inc. v. Warner Bros. Distributing Corp., et al. | D.Oregon | 79-971 | | | denied 10/24/79 | |
| B-25 | James C. Stopulos, et al. v. Buena Vista Distribution Co., et al. | S.D.Iowa Stuart | 75-0016 | | | | denied transfer 12/13/79 ember |
| B-26 | College Theatre, Inc. v. Mann Theatres Corp. of Calif., et al. | S.D.Cal. Thompson | 79-1137-GT | | | | denied transfer 12/13/79 |

July 1985 — 2 Pending
July 1986 — 1 Dis; 1 Pdg
July 1987 — 1 Dis — Docket Closed

JPML Form 4                                             p.1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION


DOCKET NO. __366__ -- __In re Motion Picture Licensing Antitrust Litigation__


_Counsel list compiled for filing and serving motions and responses regarding_

_oppositions to conditional remand orders._)

| | |
|---|---|
| <u>LIAISON COUNSEL FOR PLAINTIFFS</u><br>Marian S. Rosen, Esquire<br>1290 Pennzoil Place, Zapata Tower<br>711 Louisiana<br>Houston, Texas  77002 | COLUMBIA PICTURES INDUSTRIES, INC.<br><u>ALLIED ARTISTS PICTURES</u><br>Peter Gruenberger, Esquire<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, New York  10022 |
| <u>LIAISON COUNSEL FOR DEFENDANTS</u><br>Rufus Wallingford, Esquire<br>Fulbright & Jaworski<br>800 Bank of the Southwest Building<br>Houston, Texas  77002 | TRANSAMERICA CORP<br>UNITED ARTISTS<br><u>METRO-GOLDYN MAYER, INC.</u><br>Robert R. Salman, Esquire<br>Phillips, Nizer, Benjamin<br>  Krim & Ballon<br>40 West 57th Street<br>New York, New York  10019 |
| William R. Burke, Jr., Esquire<br>Baker & Botts<br>3000 One Shell Plaza<br>Houston, Texas  77002 | |
| <u>FLORIDA WEST THEATRES, INC., ET AL.</u><br>H. Kenneth Kudon, Esquire<br>Pantaleo & Kudon<br>Suite 300<br>4801 Massachusetts Ave., N.W.<br>Washington, D. C.  20016 | <u>TWENTIETH CENTURY FOX FILM CORP.</u><br>Herbert C. Earnshaw, Esquire<br>Rogers & Wells<br>200 Park Avenue<br>New York, New York  10017 |
| <u>SYUFY ENTERPRISES</u><br>Lawrence G. Papale, Esquire<br>Alioto & Alioto<br>One Eleven Sutter Street<br>San Francisco, California  94104 | BUENA VISTA DISTRIBUTION CO.<br><u>CHARLES E. GOOD</u><br>A. Vernon Carnahar, Esquire<br>Donovan, Leisure, Newton<br>  & Irvine<br>30 Rockefeller Plaza<br>New York, New York  10020 |
| <u>HARKINS AMUSEMENT ENTERPRISES, INC.</u><br>Henry Simpson, Esquire<br>Tobolowsky, Schlinger & Termini<br>1900 Southland Center<br>400 N. Olive, L.B. 258<br>Dallas, Texas  75201 | GENERAL CINEMA CORP<br><u>GENERAL CINEMA CORP. OF TENNESSEE</u><br>Robert J. Kenny, Jr., Esq.<br>Hogan & Hartson<br>815 Connecticut Avenue, N.W.<br>Washington, D. C.  20006 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. 366 ___ -- ___ (List for CRO's opposition)

AMERICAN MULTI-CINEMA, INC.
Alan K. Benjamin, Esquire
Hoskins, King, McGannon
Hahn, & Hurwitz
Suite 1100 Commerce Bank Bldg.
922 Walnut Street
Kansas City, Missouri 64106

PLITT INTERMOUNTAIN THEATRES, INC.
James P. Walsh, Esquire
Daughton, Feinstein & Wilson
1840 First National Bank Plaza
100 West Washington St.
Phoenix, Arizona 85003

MANN THEATRE CORP. OF CALIFORNIA
Harry B. Swerdlow, Esquire
Swerdlow, Blickbarg & Shimer
9601 Wilshire Boulevard
Suite 544
Beverly Hills, California 90210

GULF & WESTERN INDUSTRIES, INC.
PARAMOUNT FILM DISTRIBUTING CO.
UNIVERSAL FILM EXHCHANGES, INC.
PARAMOUNT PICTURES CORP.
James J. Hagan, Esquire
1 Batter Park Plaza
New York, New York

WARNER BROTHERS DISTRIBUTING CORP.
Laurence Greenwald, Esquire
Stroock & Stroock & Lavan
7 Hanover Square
New York, New York 10004

THE HARRY NACE CO.
GENERAL CINEMA OF ARIZONA
UNITED ARTIST THEATRE CIRCUIT
Harry B. Swerdlow, Esquire
Swerdlow, Glickbarg & Skimer
9601 WilshireBoulevard, Suite 544
Beverly Hills, California, 92010

UNABLE TO DETERMINE COUNSEL
OR ADDRESS FOR FOLLOWING
  AVCO EMBASSY PICTURES CORP.
  GENERAL CINEMA OF FLORIDA

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION

---

FLORIDA WEST THEATRES, INC., ET AL. (A-1)
H. Kenneth Kudon, Esquire
Pantaleo and Kudon
Suite 300
4801 Massachusetts Ave., N.W.
Washington, D.C. 20016

TERCAR THEATRE CO. (A-2)
HARKINS AMUSEMENT ENTERPRISES, INC. (A-8)
FLW THEATRE CO. (A-11)
Edwin Tobolowsky, Esquire
Tobolowsky & Schlinger
1900 Southland Center
Dallas, Texas 75201

UNIVERSAL AMUSEMENT CO.,
   INC., ET AL. (A-3)
Marian S. Rosen, Esquire
1290 Pennzoil Place, Zapata Tower
711 Louisiana
Houston, Texas 77002

CENEWORLD CORP. OF TEXAS (A-4)
Joseph Sarfaty, Esquire
Kurtzman & Sarfaty
1880 Century Park East
Suite 218
Los Angeles, California 90067

BALMORAL CINEMA (A-5)
WILDER ENTERPRISES, INC. (A-7)
Stanley E. Sacks, Esquire
Sacks & Sacks
P.O.Box 3291
Norfolk, Virginia 23514

FAMILY ENTERPRISES, INC. (A-6)
Percy L. Kleinops, Esquire
Kleinops and Cosgriff
11777 Bernardo Plaza Court
Suite 208
San Diego, California 92128

SOUTHWAY THEATRES, INC. (A-9)
David H. Flint, Esquire
Warren O. Wheeler, Esquire
Schreeder, Wheeler & Flint
1600 Cander Building
Atlanta, Georgia 30303

NATIONAL AMUSEMENT (B-17)
SYUFY ENTERPRISES (A-10)
Lawrence G. Papale, Esquire
Alioto & Alioto
111 Sutter Street
Suite 2100
San Francisco, California 94104

*opposed 8/29/83*

ALLIED ARTIST PICTURES
COLUMBIA PICTURES INDUSTRIES, INC.
Peter Gruenberger, Esquire
Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York 10022

AMERICAN MULTI-CINEMA, INC.
Alan K. Benjamin, Esquire
Hoskins, King, McGannon,
Hahn, & Hurwitz
Suite 1100 Commerce Bank Bldg.
922 Walnut Street
Kansas City, Missouri 64106

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. ___366___ -- IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION

AMERICAN INTERNATIONAL PICTURES, INC. (B-19)
Lewis T. Booker, Esquire
Hunton & Williams
707 East Main Street
P.O. Box 2535
Richmond, Virginia  23212

ABC INTERSTATE THEATRES, INC.
Rufus Wallingford, Esquire
Fulbright & Jaworski
800 Bank of the Southwest Bldg.
Houston, Texas  77002

ABC SOUTHEASTERN THEATRES, INC.
JOE JACKSON
Norman G. Knopf, Esquire
Bergson, Borkland, Margolis
  & Adler
11 Dupont Circle
Washington, D. C.  20036

AVCO EMBASSY PICTURES CORP.
Robert A. Holtzman, Esquire
Loeb and Loeb
One Wilshire Bldg., 16th Floor
Los Angeles, CA

BUENA VISTA DISTRIBUTION CO., INC.
CHARLES E. GOOD
A. Vernon Carnahan, Esquire
Donovan, Leisure, Newton
  & Irvine
30 Rockefeller Plaza
New York, New York  10020

GENERAL CINEMA CORP. OF TEXAS (A-11)
James D. St. Clair, Esquire
Hale and Dorr
60 State Street
Boston, Massachusetts  02109

GENERAL CINEMA CORP. OF VIRGINIA
Richard B. Spindle, III, Esquire
Willcox, Savage, Lawrence, Dickson
  & Spindle

1800 Virginia National Bank Bldg.
Norfolk, Virginia  23510

GENERAL CINEMA CORP.
GENERAL CINEMA CORP. OF TENNESSEE
Robert J. Kenney, Jr., Esquire
Hogan & Hartson
815 Connecticut Ave., N.W.
Washington, D. C.  20006

RUEBEN J. LESTER
Jess D. Ewing, Esquire
1005 Sterick Bldg.
Memphis, Tennessee  38103

LOEWS CORPORATION
REIN RABAKUKK
Stephen D. Sussman, Esquire
Mandell & Wright
21st Floor, 806 Main
Houston, Texas  77002

MALCO THEATRES, INC.
John McQuiston, II, Esq.
Goodman, Glazer, Strauch &
  Schneider
1400 Commerce Title Bldg.
Memphis, Tennessee  38103

PLITT INTERMOUNTAIN THEATRES, INC.
James P. Walsh, Esquire
Daughton, Feinstein & Wilson
1840 First National Bank Plaza
100 West Washington St.
Phoenix, Arizona  85003

STOREY THEATRES, INC.
Kevin E. Grady, Esquire
Jones, Bird & Howell
Haas-Howell Building
75 Poplar Street
Atlanta, Georgia  30303

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3___

DOCKET NO. __366___ -- IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION

TWENTIETH CENTURY FOX FILM CORP.
Herbert C. Earnshaw, Esquire
Rogers & Wells
200 Park Avenue
New York, New York  10017

ITC ENTERTAINMENT, INC.
John J. Curtin, Jr., Esq.
Bingham, Dana & Gould
100 Federal Street
Boston, Mass  02110

AMERICAN MULTI-CINEMA, INC., ET AL. (B-13)
GENERAL CINEMA CORP. (B-15)
MANN THEATRES CORP. OF CALIFORNIA
THE HARRY NACE COMPANY
GNERAL CINEMA OF ARIZONA, INC.
SIEGEL BROTHERS THEATRES
Harry B. Swerdlow, Esquire
Swerdlow, Blickbarg & Shimer
9601 Wilshire Boulevard
Suite 544
Beverly Hills, California  90210

HOLIDAY THEATRES, INC. (B-16)
Alan J. Kluger, Esquire
Levine & Fieldstone, P.A.
Suite 750
3050 Biscayne Boulevard
Miami, Florida  33137

QUAD CINEMA CORP. (B-18)
Joseph A. Ruskay, Esquire
115 Oak St.
Woodmere, New York  11598

WOMETCO ENTERPRISES, INC.
(deft. B-16)
Julian Kreeger, Esquire
Kreeger & Kreeger
Suite 1520 , Dupont Building
169 East Flagler St.
Miami, Florida  33131

AMERICAN BROADCASTING CO.
ABC FLORIDA STATE THEATRES, INC.
(deft. in B-16)
Ralph H. Martin, Esquire
Martin, Ade, Birchfield & Johnson
3000 Independent Square
P.O. Box 59
Jacksonville, Florida  32202

SARGOY, STEIN & HANFT
105 Madison Avenue
New York, New York  10016

PACIFIC THEATRES CORP.
LAEMMELE THEATRES, INC.
PHOENIX THEATRES, INC.
WESTWOOD THEATRES
PETER MEYERS
NORMAN LEVY
BERNARD MEYERSON
  (defts in B-14)
No able to determine counsel

MOTION PICTURE ASSOCIATION
   OF AMERICA, INC.
522 Fifth Avenue
New York, New York  10036

CINEMA  V DISTRIBUTING, INC.
RUGOFF THEATRES, INC.
(defts. in B-18)
Raferty Grainger, Esq.
Rosenbloom & Drew
501 5th Ave.
New York, New York  10017

THE WALTER READE ORGANIZATION,
INC. (deft in B-18)
William Gold, Esquire
234 E. 48th St.
New York, New York  10017

NANCY BETH THEATRES, INC.
(deft. in B-18)
Monroe E. Stein, Esquire
424 Madison Avenue
New York, New York  10001

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. ___366___ -- IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION

---

ACKERMAN ENTERPRISES (Deft B-18)
Not able to determine counsel

PARAMOUNT PICTURES CORP. ET AL. (B-20)
John C. Harrington, Jr., Esq.
Lytle, Soule & Emery
2210 First National Center
Oklahoma City, Oklahoma  73102

HERITAGE THEATRES, INC.
Deft B-20
Charles A. Shadid, Esquire
Shadid, Black, Homsey, Browne
  & Hanks
222 Victoria Building
1901 Classen Blvd.
Oklahoma City, Oklahoma  73106

FRED STEIN (B-14)
Frederick Lorig, Esq.
Kendrick, Netter & Bennett
612 S. Flower St., Suite 600
Los Angeles, Calif. 90017

UNITED ARTISTS THEATRE CIRCUIT, INC.
Geo. Garrison Potts, Esq.
Golden, Potts, Boeckman & Wilson
2300 Republic National Bank Tower
Dallas, Texas  75201

TRANSAMERICA CORP.
UNITED ARTISTS CORPORATION
METRO-GOLDYN MAYER, INC.
Robert R. Salman, Esquire
Phillips, Nizer, Benjamin
  Krim & Ballon
40 West 57th Street
New York, New York  10019

GULF & WESTERN INDUSTRIES, INC.
PARAMOUNT FILM DISTRIBUTING CO.
UNIVERSAL FILM EXCHANGES, INC.
PARAMOUNT PICTURES CORP.
James J. Hagan, Esq.
Simpson, Thacher & Bartlett
1 Battery Park Plaza
New York, New York

WARNER BROTHERS DISTRIBUTING CORP.
Laurence Greenwald, Esquire
Stroock & Stoock & Lavan
61 Broadway
New York, New York  10006

BERNIE PALMER
WILLIAM BILLY WILSON
Edmund L. Cogburn, Esquire
Dow, Cogburn & Friedman
3 Greenway Plaza East
Houston, Texas  77046

SHELIA DELOACH
ROYCE BRIMAGE
BOB MOTLEY
WAYNE LEWELLEN
William R. Burke, Jr., Esq.
Baker & Botts
3000 One Shell Plaza
Houston, Texas  77002

GEORGIA THEATRE COMPANY
L. Trammell Newton, Esquire
Hansell, Post, Brandon & Dorsey
33rd Floor, First Nat'l Bank Tower
Atlanta, Georgia  30303

WEIS THEATRE COMPANY
A. Pratt Adams, Jr., Esq.
Adams, Adams, Brennan & Gardner
15 Drayton Street
Savannah, Georgia  31402

MOYER THEATRES, INC. (B-21)
Rober L. Meyer, Esq.
Newcomb, Sabin, Meyer & Schwartz
Suite 1111, Wilcox Bldg.
Portland, Oregon  97204

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___5___

DOCKET NO. __366__ -- <u>IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION</u>

<u>LYELL THEATRE CORP., ET AL. (B-22)</u>
<u>LYELL THEATRE CORP., ET AL. (B-23)</u>
Martin J. O'Donnell, Esquire
Cesari and McKenna
Union Wharf East
Boston, Massachusetts  02109

<u>CNS THEATRES, INC. (B-24)</u>
Dwight L. Schwab, Esquire
Schwab, Burdick & Hilton
12th Floor, Oregon National Bldg.
610 S.W. Alder St.
Portland, Oregon  97205

PACIFIC INTERNATIONAL ENTERPRISES, INC.
Thomas M. Triplett, Esq.
Suther, Spaulding, Kinsey, Williamson
  & Schwabe
Ste. 1200 Standard Plaza, 1100 S.W.6th Ave.
Portland, Oregon  97204
EASTGATE THEATRE, INC.
TOM MOYER
C/O Tom Moyer Theatres
919 Southwest Taylor #600
Portland, Oregon  97205
OREWASH THEATRES, INC.
BROADWAY CINEMA, INC.
GENERAL AMERICAN THEATRES, INC.
c/o George W. Mead, Jr.
211 Wells Building
Portland, Oregon  97205

<u>JAMES C. STOPULOS, ET AL. (B-25)</u>
Robert E. Dreher, Esq.
Dreher, Wilson, Adams & Jenson
200 Stephens Building
Des Moines, Iowa  50309

<u>AMERICAN INTERNATIONAL PICTURES</u>
Richard E. Moot, Esquire
Ohlin, Damon, Morey, Sawyer & Moot
1800 Liberty Bank Bldg.
Buffalo, New York  14202

JO MOR ENTERPRISES, INC.
MORRIS P. SLOTNICK
JOHN R. MARTINA
<u>MARTROS THEATRE, INC.</u>
John W. Clarke, Jr., Esq.
Harris, Beach, Wilcox, Rubin
  & Levey
Two State Street, Rochester, N.Y.  14614

CINERAMA, INC.
CINERAMA RELEASING
NATIONAL GENERAL PICTURES CORP.
Manly Fleshmann, Esq.
Jaeckle, Fleshmann & Mugel
700 Liberty Bank Building
Buffalo, New York  14202

HOLIDAY THEATRES
Victor Fuzak, Esquire
1800 One M & T Plaza
Buffalo, New York  14203

<u>Local Counsel (Defts.) (B-16)</u>
Philip Bloom, Esq.
Finley, Kumble, Wagner, Heine
  & Underberg
1401 Brickell Ave., Suite 501
Miami, Florida  33131

<u>Local Defense Counsel (Lyell actions)</u>
Frank G. Raichle, Esq.
Raichle, Banning, Weiss & Halpern
10 Lafayette Square Suite 1400
Buffalo, New York  14203

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _366_ --   IN RE MOTION PICTURE LICENSING ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Twentieth Century-Fox Film Corp. ✓ | A-1, A-2, A-4, A-5, A-6, A-9, A-11, B-13, B-14, B-16, B-18, B-21, B-23, B-24 |
| Warner Brothers Distributing Corp. | A-1, A-2, A-6, A-7, A-9, A-5, A-11, B-13, B-16, B-18, B-21, B-23, B-24, B-25 |
| Universal Film Exchanges, Inc. ✓ | A-1, A-7, A-9, A-2, A-5, A-11, B-13, B-16, B-18, B-21, B-23 |
| Paramount Pictures Corp. ✓ | A-1, A-2, A-4, A-7, A-9, A-5, A-11, B-13, B-14, B-18, B-21, B-22, B-23, B-24 |
| Columbia Pictures Industries Inc. | A-1, A-2, A-4, A-7, A-9, A-5, A-11, B-13, B-14, B-16, B-17, B-18, B-22, B-23, B-25 |
| United Artists Corp. ✓ | A-1, A-4, A-9, A-5, A-11, B-13, B-14, B-16, B-18, B-21, A-7, B-22, B-23, B-24, B-25 |
| Buena Vista Distribution Co., Inc. ✓ | A-1, A-2, A-5, A-4, A-7, A-9, A-11, B-13, B-17, B-16, B-18, B-21, B-24, B-25 |
| AVCO Embassy Pictures Corp. ✓ | A-2, A-5, A-11, C-11, B-18, B-21, B-24 |
| General Cinema Corp. ✓ | A-1, A-2, A-3, A-8, A-11 |
| General Cinema Corp of Texas, Inc. ✓ | A-2, A-3, A-11 |
| I.T.C. Entertainment, Inc. | B-11 |

p. 2

| | |
|---|---|
| Cinerama Releasing Corp. *Established* | |
| Storey Theatres, Inc. ✓ | A-4 |
| Georgia Theatre Co. | A-4 |
| Metro-Golwyn Mayer, Inc. ✓ | A-2 A-4 A-7, A-5, (A-11) B-16, B-18 B-21 B-22 B-23, B-24, B-35 |
| Weis Theatre Co. | A-4 |
| American Multi-Cinema, Inc. ✓ | A-7, A-2 (A-11) |
| Harry Nace Company ✓ | |
| General Cinema of Arizona, Inc. ✓ | |
| United Artists Theatre, I/c.Circuit, Inc. ✓ | A-5  B-14 |
| Mann Theatres Corp. of California ✓ | A-4 |
| Plitt Intermountain Theatres, Inc. ✓ | A-4 |

JPML FORM 3

p. _3_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _366_ -- In re Motion Picture Licensing Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| General Cinema Corp. of Virginia, Inc. | A-7 |
| Siegel Brothers Theatres | A-6 |
| General Cinema Corp. of America | A-8 |
| General Cinema Corp. of Tennessee | A-5 |
| Malco Theatres, Inc. | A-5 |
| Tercar Theatre Co. | |
| Brandon Doak | |
| Charles Paine | |
| Chuck Good | |
| Loews Corporation | A-2 (A-11), O-16 B-22 B-23 |
| Rein Rabakukk | |

p.  4

| | |
|---|---|
| Bernie Palmer | |
| William "Billy" Wilson | |
| Sheila DeLoach | |
| Royce Brimage | |
| Bob Motley | |
| Wayne Lewellen | |
| ~~Florida West Theatres, Inc.~~ | |
| ~~Tequesta Syndicated Cinemas, Inc.~~ | |
| ~~Fort Myers Syndicated Cinemas, Inc.~~ | |
| ~~Sarasota Syndicated Cinemas, Inc.~~ | |
| ~~Mini Theatres No. 21, Inc.~~ | |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- In re Motion Picture Licensing Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Suncoast Cinemas, Inc. | |
| Englewood Syndicated Cinemas, Inc. | |
| Dunedin Syndicated Cinemas Inc. | |
| Island Cinema | |
| Suburban Cinema, Inc. | |
| Norly, Inc. | |
| Dunedin Plaza Cinema | |
| Emory M. Robinson | |
| Gene D. Hernandez | |
| Syufy Enterprises | |
| FLW Theatre Co. | |

| | |
|---|---|
| ~~Southway Theatres, Inc.~~ | |
| ~~Harkins Amusement Enterprises, Inc.~~ √ | |
| ~~Wilder Enterprises, Inc.~~ | |
| ~~Balmoral Cinema, Inc.~~ | |
| ~~Family Enterprises, Inc.~~ | |
| ~~Flower Hill Cinema~~ | |
| √ *Hudson Foster* ~~Louis T. Weis~~ | |
| *General Cinema of Florida* | A-1 |
| *American Broadcasting Co., Inc.* | A-1, B-16 |
| *Universal Distributing Co.* | A-4 |
| | |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _366_ -- _In re Motion Picture Licensing Antitrust Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Allied Artists Pictures Corp. | A-7, A-5, B-16, B-18 |
| American International Pictures, Inc. | A-7, A-5, (A-11), B-16  B-21  B-24 |
| United Artists Corp. | A-11 |
| ABC Interstate Theatres, Inc. | A-2, A-3, A-5, (A-11) |
| ABC Southeastern Theatres, Inc. | A-7, B-16 |
| General Cinema Corp. of Arizona | A-8 |
| Cobb Theatres | A-5, |
| Rubin J. Lester | A-5 |
| John T. Gannon | A-5 |
| Price Enterprises, Inc. | B-19 |
| Azalea Drive-In Theatre, Inc. | B-19 |

p. _8_

| | |
|---|---|
| Wometco Enterprises, Inc. | B-16 |
| ABC Florida State Theatres, Inc. | B-16 |
| Cinema V Distributing Inc. | B-18 |
| Rugoff Theatres, Inc. | B-18 |
| The Walter Reade Org., Inc. | B-18 |
| Nancy Beth Theatres, Inc. | B-18 |
| Drive-In Theatres, Inc. | B-19 |
| Chesapeake Drive-In Theatres, Inc. | B-19 |
| Twin Drive-In Theatre, Inc. | B-19 |
| Shore Drive Theatre, Inc. | B-19 |
| Price Amusements, Inc | B-19 |
| Earnest H. Price | B-19 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 __   In re Motion Picture Licensing Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Heritage Theatres, Inc. | B-20 |
| Pacific Int'l Enterprise Inc | B-21 B-24 |
| Motion Picture Assoc. of America | B-21 B-24 |
| Sargoy, Stein + Hanft | B-21 B-24 |
| Eastgate Theatre, Inc. | B-21 B-24 |
| Broadway Cinema | B-21 B-24 |
| General American Theatres, Inc. | B-21 B-24 |
| Orewash Theatres Inc. | B-21 B-24 |
| Tom MOYER, THEATRES | B-21 B-24 |
| Cinerama, Inc. | B-22 |
| Gulf + Western Ind., Inc. | B-23 |

p. _____

| | |
|---|---|
| *United artists*<br>Transamerica Corp. | B-22 |
| ✓ Cinerama Releasing Corp. | B-22   B-23 |
| Paramount Film Dis-<br>tributing Corp. | B-22 |
| ✓ National General Pictures<br>Corp. | B-22 |
| Jo-Mor Enterprises, Inc. | B-22 |
| Morris P. Slotnick | B-22 |
| John R. Martina | B-22 |
| National General  Pictures<br>Corp. | B-23 |
| HOLIDAY THEATRES 1-2-3Inc<br>Holiday Quartet, Inc.<br>Holiday Drive-In Inc. | B-23 |
| = Martros Theatre, Inc. | B-23 |
| American International<br>Pictures | B-23 |

JPML FORM 3

P. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 366 -- In re Motion Picture Licensing Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sterling Theatres, Co. | B-26 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |